UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,

    Plaintiff,

    v.

ROBIN P. ARKLEY, et al.,

    Defendant.

_____/

No. C 10-1373 PJH

**ORDER**

The court is in receipt of chambers copies of plaintiff's complaint and application for writ of attachment (and supporting papers). The Declaration of Scott Evans in support of the application for writ of attachment appears to contain numerous exhibits. However, the exhibits are not tabbed, and the court is therefore unable to locate the exhibits as necessary to review the application. No later than April 21, 2010, plaintiff shall submit a chambers copy of the Evans Declaration with tabbed exhibits.

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge