David C. Powell (SBN 129781)
dpowell@reedsmith.com
Courtland C. Chillingworth (SBN 261140)
cchillingworth@reedsmith.com
Mark L. Tamburri (*pro hac vice*)
mtamburri@reedsmith.com
David A. Kochman (*pro hac vice*)
dkochman@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269

*Attorneys for Plaintiff
Bank of America, N.A.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>           Plaintiff,<br><br>      vs.<br><br>ROBIN P. ARKLEY, II, a resident and citizen of California, in his individual capacity and in his capacity as co-trustee of The Robin P. Arkley, II and Cherie Arkley Family Trust dated November 2, 1995 and restated and/or amended November 27, 2003, January 18, 2007 and September 26, 2007 (the "Family Trust") and co-trustee of The Robin and Cherie Arkley Revocable Algiers Bancorp Stock Trust date unknown (the "Algiers Trust"), and CHERIE ARKLEY, a resident and citizen of California, in her capacity as co-trustee of The Family Trust and her capacity as co-trustee of the Algiers Trust,<br><br>           Defendant. | Civ. Action No.: 4:10-CV-01373 (PGH)<br><br>**JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER**<br><br>Application Filed: April 1, 2010<br>Hearing Date: June 9, 1010<br><br>Complaint Filed: April 1, 2010<br>Trial Date: None<br>Judge Phyllis J. Hamilton |

Plaintiff Bank of America, N.A. ("Plaintiff"), by and through its attorneys, and Defendants Robin P. Arkley, II and Cherie Arkley (collectively "Defendants"), by and through their attorneys, hereby jointly stipulate and request that Defendants time to respond to Plaintiff's Application for a Writ of Attachment, Temporary Protective Order, and Right to Attach Order (Docs. 15-17) be moved to May 17, 2010, and that Plaintiff's time to reply to Defendants' response be moved to May 24, 2010.

In addition, the parties hereby jointly stipulate and request that the date of the hearing on Plaintiff's Application for a Writ of Attachment, Temporary Protective Order, and Right to Attach Order (Docs. 15-17) be moved to Wednesday, June 9, 2010, at 9:00 a.m.

Dated: May 5, 2010

By: /s/ Courtland C. Chillingworth
David C. Powell
Courtland C. Chillingworth
Mark L. Tamburri (*pro hac vice*)
David A. Kochman (*pro hac vice*)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700

*Attorneys for Plaintiff*

Dated: May 5, 2010

By: /s/ Patrick Doolittle
Patrick Doolittle
Meagan Rasch-Chabot
QUINN EMANUEL
URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600

*Attorneys for Defendants*

**SO ORDERED**

DATED: 5/7/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton