1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Patrick Doolittle (Bar No. 203659)
2    patrickdoolittle@quinnemanuel.com
     Meagan Rasch-Chabot (Bar No. 257875)
3    meaganraschchabot@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6  Attorneys for Defendants
   ROBIN P. ARKLEY, II, and CHERIE ARKLEY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA,

10                          OAKLAND DIVISION

11 | BANK OF AMERICA, N.A.,                                      |
12 |                Plaintiff,                                   | Case No. 4:10-cv-01373-PJH
13 |                vs.                                          |
                                                                  **JOINT STIPULATION AND
14 | ROBIN P. ARKLEY, II, a resident and citizen of               REQUEST TO AMEND
   | California, in his individual capacity and in his            BRIEFING SCHEDULE AND TO
15 | capacity as co-trustee of The Robin P. Arkley, II and        MOVE HEARING DATE FOR
   | Cherie Arkley Family Trust dated November 2, 1995            PLAINTIFF'S APPLICATION
16 | and restated and/or amended November 27, 2003,               FOR WRIT OF ATTACHMENT,
   | January 18, 2007 and September 26, 2007 (the                 TEMPORARY PROTECTIVE
17 | "Family Trust") and co-trustee of The Robin and              ORDER, AND RIGHT TO
   | Cherie Arkley Revocable Algiers Bancorp Stock                ATTACH ORDER;**
18 | Trust date unknown (the "Algiers Trust"), and
   | CHERIE ARKLEY, a resident and citizen of                    [~~PROPOSED~~ ORDER]
19 | California, in her capacity as co-trustee of The
   | Family Trust and her capacity as co-trustee of the
20 | Algiers Trust,                                              Complaint. Filed: March 31, 2010
                                                                 Trial Date: None
21 |                Defendants.                                  Judge Phyllis J. Hamilton

22

23

24

25

26

27

28

1   Plaintiff Bank of America, N.A. ("Plaintiff"), by and through its attorneys, and Defendants
2   Robin P. Arkley, II and Cherie Arkley (collectively "Defendants"), by and through their attorneys,
3   hereby jointly stipulate and request that Defendants time to respond (and to submit exemptions) to
4   Plaintiff's Application for a Writ of Attachment, Temporary Protective Order, and Right to Attach
5   Order (Docs. 15-17) be moved to June 1, 2010, and that Plaintiff's time to reply to Defendants'
6   response be moved to June 8, 2010.

7   In addition, the parties hereby jointly stipulate and request that the date of the hearing on
8   Plaintiff's Application for a Writ of Attachment, Temporary Protective Order, and Right to Attach
9   Order (Docs. 15-17) be moved from June 9, 2010 to **June 30, 2010, at 9:00 a.m.**

Dated: May 13, 2010

By:   /s/ Mark L. Tamburri
      David C. Powell
      Courtland C. Chillingworth
      Mark L. Tamburri (*pro hac vice*)
      David A. Kochman (*pro hac vice*)
      REED SMITH LLP
      101 Second Street
      Suite 1800
      San Francisco, CA 94105
      Tel: (415) 543-8700

      *Attorneys for Plaintiff*

Dated: May 13, 2010

By:   /s/ Patrick Doolittle
      Patrick Doolittle
      Meagan Rasch-Chabot
      QUINN EMANUEL
      URQUHART & SULLIVAN LLP
      50 California Street, 22nd Floor
      San Francisco, CA 94111
      Tel: (415) 875-6600

      *Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 5/14/10                         By: _____
                                           U.S.D.J. U.S.D.C.

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]