QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Meagan Rasch-Chabot (Bar No. 257875)
  meaganraschchabot@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendants
ROBIN P. ARKLEY, II, and CHERIE ARKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBIN P. ARKLEY, II, a resident and citizen of California, in his individual capacity and in his capacity as co-trustee of The Robin P. Arkley, II and Cherie Arkley Family Trust dated November 2, 1995 and restated and/or amended November 27, 2003, January 18, 2007 and September 26, 2007 (the "Family Trust") and co-trustee of The Robin and Cherie Arkley Revocable Algiers Bancorp Stock Trust date unknown (the "Algiers Trust"), and CHERIE ARKLEY, a resident and citizen of California, in her capacity as co-trustee of The Family Trust and her capacity as co-trustee of the Algiers Trust,<br><br>Defendants. | Case No. 4:10-cv-01373-PJH<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint. Filed:  March 31, 2010<br>Trial Date:  None<br>Judge Phyllis J.  Hamilton |

1  WHEREAS, Plaintiff Bank of America, N.A. filed its Complaint on or about March 31,
2  2010;
3  WHEREAS, the parties previously stipulated to extend the time for Robin P. Arkley, II,
4  and Cherie Arkley (collectively "Defendants") to answer, move, or otherwise respond to the
5  Complaint to May 27, 2010;
6  WHEREAS, the parties are presently involved in settlement discussions and would prefer
7  to focus on efforts to resolve their dispute, rather than on preparing a response to the Complaint
8  and/or engaging in motion practice regarding the Complaint;
9  NOW THEREFORE, Plaintiff Bank of America and Defendants, by and through their
10 undersigned counsel, hereby stipulate and agree that Defendants will have until **June 24, 2010** to
11 answer, move, or otherwise respond to the Complaint filed by Bank of America.  This extension
12 will not alter the date of any other event or any deadline already fixed by Court order.
13  ///
14  ///
15  ///

1  IT IS SO STIPULATED.

2

3  DATED: May 18, 2010           REED SMITH LLP

4

5                                 By  /s/
                                   Mark Tamburri
6                                  Attorneys for Plaintiff
                                   BANK OF AMERICA, N.A.
7

8  DATED: May 18, 2010           QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
9

10

11                                By  /s/
                                   Patrick C. Doolittle
                                   Attorneys for Defendants
12                                 ROBIN P. ARKLEY, II and CHERIE ARKLEY

13

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

15

16  DATED:  5/19/10              By: _____
                                   U.S.D.J., U.S.D.C

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03553.61671/3503994.1

-3-                                  Case No. 4:10-cv-01373-PJH
JOINT STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

# FILER'S ATTESTATION

I, Patrick Doolittle, am the ECF User whose identification and password are being used to file this JOINT STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT ("STIPULATION").  In compliance with General Order 45.X.B., I hereby attest that Mark Tamburri, Counsel of Record for plaintiff Bank of America, has concurred in the filing of this STIPULATION.

DATED:  May 18, 2010                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/
    Patrick C. Doolittle