QUINN EMANUEL URQUHART & SULLIVAN, LLP
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Meagan Rasch-Chabot (Bar No. 257875)
meaganraschchabot@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendants
ROBIN P. ARKLEY, II, and CHERIE ARKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBIN P. ARKLEY, II, a resident and citizen of California, in his individual capacity and in his capacity as co-trustee of The Robin P. Arkley, II and Cherie Arkley Family Trust dated November 2, 1995 and restated and/or amended November 27, 2003, January 18, 2007 and September 26, 2007 (the "Family Trust") and co-trustee of The Robin and Cherie Arkley Revocable Algiers Bancorp Stock Trust date unknown (the "Algiers Trust"), and CHERIE ARKLEY, a resident and citizen of California, in her capacity as co-trustee of The Family Trust and her capacity as co-trustee of the Algiers Trust,<br><br>　　　　　Defendants. | Case No. 4:10-cv-01373-PJH<br><br>**JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER**<br><br>[~~PROPOSED~~ ORDER]<br><br>Complaint. Filed: March 31, 2010<br>Trial Date: None<br>Judge Phyllis J. Hamilton |

1  WHEREAS, Plaintiff Bank of America, N.A. ("Plaintiff") and Defendants Robin P. Arkley, II and Cherie Arkley (collectively "Defendants"), continue to make progress in their settlement discussions and expect to begin exchanging a draft settlement agreement this week;

4  WHEREAS, the following briefing schedule and case schedule are presently in effect:

- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order: June 1, 2010
- Plaintiff's reply to response to Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order: June 8, 2010;
- Last day for Defendants to respond to Plaintiffs' complaint: June 24, 2010;
- Hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order: June 30, 2010;
- Case Management Statement Due: July 22, 2010
- Case Management Conference: July 29, 2010.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and request that the briefing schedule and case schedule be modified as follows:

- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved to **July 2, 2010**;
- Plaintiff's time to reply to Defendants' response be moved to **July 12, 2010**;
- Last day for Defendants to respond to Plaintiff's Complaint be moved to **July 23, 2010**;
- The hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved from June 30, 2010 to **July 28, 2010, at 9:00 a.m**;

1     The date for the Case Management Conference on **July 29, 2010** and the deadline for the Case Management statement, currently **July 22, 2010**, remain unchanged.

    IT IS SO STIPULATED.

DATED: May 26, 2010            REED SMITH LLP

By /s/ David A. Kochman
Mark Tamburri
Attorneys for Plaintiff
BANK OF AMERICA, N.A.

DATED: May 26, 2010            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/
Patrick C. Doolittle
Attorneys for Defendants
ROBIN P. ARKLEY, II and CHERIE ARKLEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 6/1/10      By _____
U.S.D.J., U.S.D.C.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA