QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Meagan Rasch-Chabot (Bar No. 257875)
  meaganraschchabot@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendants
ROBIN P. ARKLEY, II, and CHERIE ARKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBIN P. ARKLEY, II, a resident and citizen of California, in his individual capacity and in his capacity as co-trustee of The Robin P. Arkley, II and Cherie Arkley Family Trust dated November 2, 1995 and restated and/or amended November 27, 2003, January 18, 2007 and September 26, 2007 (the "Family Trust") and co-trustee of The Robin and Cherie Arkley Revocable Algiers Bancorp Stock Trust date unknown (the "Algiers Trust"), and CHERIE ARKLEY, a resident and citizen of California, in her capacity as co-trustee of The Family Trust and her capacity as co-trustee of the Algiers Trust,<br><br>Defendants. | Case No. 4:10-cv-01373-PJH<br><br>**JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER**<br><br>**[PROPOSED ORDER]**<br><br>Complaint. Filed:  March 31, 2010<br>Trial Date:  None<br>Judge Phyllis J.  Hamilton |

03553.61671/3549740.1

Case No. 4:10-cv-01373-PJH
JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND CHANGE HEARING DATE

WHEREAS, Plaintiff Bank of America, N.A. ("Plaintiff") and Defendants Robin P. Arkley, II and Cherie Arkley (collectively "Defendants"), are exchanging draft settlement agreements and have substantially completed preparing a final settlement agreement;

WHEREAS, there are documents accompanying the settlement agreement that the parties are still in the process of exchanging and completing;

WHEREAS, the following briefing schedule and case schedule are presently in effect:

- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  July 2, 2010
- Plaintiff's reply to response to Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  July 12, 2010;
- Case Management Statement Due:  July 22, 2010
- Last day for Defendants to respond to Plaintiffs' complaint:  July 23, 2010;
- Hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  July 28, 2010;
- Case Management Conference:  July 29, 2010.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and request that the briefing schedule and case schedule be modified as follows:

- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved to **July 23, 2010;**
- Plaintiff's time to reply to Defendants' response be moved to **August 2, 2010**;
- Last day for Defendants to respond to Plaintiff's Complaint be moved to **August 13, 2010**;
- The hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved from July 28, 2010 to **August 18, 2010, at 9:00 a.m**;

1  The date for the Case Management Conference on **July 29, 2010** and the deadline for the
2  Case Management statement, currently **July 22, 2010**, remain unchanged.
3      IT IS SO STIPULATED.
4
5  DATED: June 23, 2010      REED SMITH LLP
6
7       By  /s/
            Mark Tamburri
8           Attorneys for Plaintiff
            BANK OF AMERICA, N.A.
9
10 DATED: June 23, 2010      QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
11
12      By  /s/
13          Patrick C. Doolittle
            Attorneys for Defendants
14          ROBIN P. ARKLEY, II and CHERIE ARKLEY
15
16 **PURSUANT TO STIPULATION, IT IS SO ORDERED**
17
18 DATED:  June 24, 2010      By

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**FILER'S ATTESTATION**

I, Patrick Doolittle, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER ("STIPULATION").  In compliance with General Order 45.X.B., I hereby attest that Mark Tamburri, Counsel of Record for plaintiff Bank of America, has concurred in the filing of this STIPULATION.

DATED: June 23, 2010      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/
    Patrick C. Doolittle