QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Meagan Rasch-Chabot (Bar No. 257875)
  meaganraschchabot@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendants
ROBIN P. ARKLEY, II, and CHERIE ARKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBIN P. ARKLEY, II, a resident and citizen of California, in his individual capacity and in his capacity as co-trustee of The Robin P. Arkley, II and Cherie Arkley Family Trust dated November 2, 1995 and restated and/or amended November 27, 2003, January 18, 2007 and September 26, 2007 (the "Family Trust") and co-trustee of The Robin and Cherie Arkley Revocable Algiers Bancorp Stock Trust date unknown (the "Algiers Trust"), and CHERIE ARKLEY, a resident and citizen of California, in her capacity as co-trustee of The Family Trust and her capacity as co-trustee of the Algiers Trust,<br><br>    Defendants. | Case No. 4:10-cv-01373-PJH<br><br>**JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE:**<br><br>**(1) HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER; AND**<br><br>**(2) CASE MANAGEMENT CONFERENCE**<br><br>[~~PROPOSED~~ ORDER]<br><br>Complaint. Filed:  March 31, 2010<br>Trial Date:  None<br>Judge Phyllis J.  Hamilton |

WHEREAS, Plaintiff Bank of America, N.A. ("Plaintiff") and Defendants Robin P. Arkley, II and Cherie Arkley (collectively "Defendants"), are exchanging draft settlement agreements and have substantially completed preparing a final settlement agreement;

WHEREAS, there are documents accompanying the settlement agreement that the parties are still in the process of exchanging and completing;

WHEREAS, the parties expect to finalize their settlement soon, but may not do so before certain deadlines in the case;

WHEREAS, the parties will notify the Court promptly upon finalizing their settlement;

WHEREAS, the following briefing schedule and case schedule are presently in effect:

- Case Management Statement Due:  July 22, 2010;
- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  July 23, 2010;
- Case Management Conference:  July 29, 2010;
- Plaintiff's reply to response to Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  August 2, 2010;
- Last day for Defendants to respond to Plaintiffs' complaint:  August 13, 2010;
- Hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order:  August 18, 2010.

WHEREAS, good cause exists to reschedule the date of the Initial Case Management Conference given the parties expect to finalize a settlement soon;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and request that the briefing schedule and case schedule be modified as follows:

- Defendants' time to oppose and to submit exemptions to Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved to **September 21, 2010;**
- Case Management Statement Due: **September 23, 2010**;
- The parties' Initial Case Management Conference be move from July 29, 2010 to **September 30, 2010 at 2 p.m.;**

1    ●   Plaintiff's time to reply to Defendants' response be moved to **October 1, 2010**;

2    ●   Last day for Defendants to respond to Plaintiff's Complaint be moved to **October 12, 2010**;

4    ●   The hearing on Plaintiff's Application for Writ of Attachment, Temporary Protective Order, and Right to Attach Order be moved from August 18, 2010 to **October 20, 2010, at 9:00 a.m**;

[handwritten: 27 over struck-through 20]

IT IS SO STIPULATED.

DATED: July 16, 2010            REED SMITH LLP


                                By  /s/
                                    Mark Tamburri
                                    Attorneys for Plaintiff
                                    BANK OF AMERICA, N.A.

DATED: July 16, 2010            QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By  /s/
                                    Patrick C. Doolittle
                                    Attorneys for Defendants
                                    ROBIN P. ARKLEY, II and CHERIE ARKLEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


DATED:  7/19/10                 By: _____
                                    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

**FILER'S ATTESTATION**

I, Patrick Doolittle, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE AND TO MOVE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT, TEMPORARY PROTECTIVE ORDER, AND RIGHT TO ATTACH ORDER ("STIPULATION").  In compliance with General Order 45.X.B., I hereby attest that Mark Tamburri, Counsel of Record for plaintiff Bank of America, has concurred in the filing of this STIPULATION.

DATED: July 16, 2010               QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By   /s/
                                       Patrick C. Doolittle